IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORMAN D. HARRELL, SR,** : | |
| : | |
| **Plaintiff,** : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 13-1880** |
| **CAROLYN W. COLVIN,** : | |
| **Commissioner of Social Security,** : | |
| : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this __6th__ day of October, 2014, upon careful consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. 9), Defendant's Response (Doc. 12), the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (Doc. 14), and Plaintiff's Objections (Doc. 15), **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Plaintiff's request for review is **DENIED**; and

3. Judgment is entered affirming the decision of the Commissioner of Social Security.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned matter as **CLOSED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**